**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CADE TATE** | § | |
| **Plaintiff** | § | |
| **v.** | § | **Civil Action No. 1:25-cv-01944** |
| | § | |
| **BENCOR, LLC, and** | § | |
| **CHRISTINA GIESE** | § | |
| **Defendants** | § | |

## <u>JOINT MOTION TO ABATE CASE PENDING RULINGS</u>

TO THE HONORABLE
UNITED STATES DISTRICT JUDGE:

Plaintiff, Cade Tate, and Defendants, Bencor, LLC and Christine Giese, (collectively, the "Parties"), jointly move the Court to abate the above-captioned civil action and respectfully show as follows:

### I. Background

1. This case was commenced on November 26, 2025. [ECF 1]. Defendants waived service, filed with the Court on December 9, 2025 [ECF 5-6].

2. Prior to the time that the Defendants' answer was due, Defendants filed a Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (b)(3) and (b)(6) (the "12b Motions"). [ECF 7].

3. Plaintiff filed a response to the 12b Motions [ECF 8] and Defendants filed a reply to Plaintiff's response. [ECF 10].

4. The 12b Motions are ripe for ruling; however, the Court has not yet ruled on the 12b Motions.

5. The Defendants filed a Motion for Sanctions under Fed. R. Civ. P. 11 on March 9, 2026 (the "Sanctions Motion"). [ECF 11].

6. Plaintiff filed a response to the Sanctions Motion [ECF 12] and Defendants filed a reply to Plaintiff's response. [ECF 13].

7. The Sanctions Motion is ripe for ruling; however, the Court has not yet ruled on the Sanctions Motion.

8. The Parties have conducted their Rule 26(f) conference in accordance with the Court's Docket Control Order [ECF 9], and submitted a Joint Discovery/Case Management Plan and proposed Scheduling Orders [ECF 16].

## II. Relief Requested

9. The Parties request that the Court abate this case and defer entering a Scheduling Order until the 12b Motions and the Sanctions Motion[1] are ruled upon by the Court. Until the 12b Motions and Sanctions Motion are ruled upon, the Defendants' answers are not due, nor are the Parties' initial disclosures triggered. In the absence of answers and initial disclosures, engaging in discovery in this case would be premature.

10. While there is not a specific federal rule of civil procedure addressing abatement under these specific circumstances, "[a] judge may regulate practice in any manner consistent with federal law, rules adopted under 28 U.S.C. §§2072 and 2075, and the district's local rules." Fed. R. Civ. P. 83(b). After a diligent inquiry, the Parties are not aware of any inconsistency in the aforementioned rules and the abatement requested.

11. Accordingly, the Parties jointly request that the Court abate this case pending rulings on the 12b Motions and the Sanctions Motion.

## III. Prayer

WHEREFORE, Plaintiff, Cade Tate, and Defendants, Bencor, LLC and Christine Giese, respectfully request that the Court abate this case pending rulings on the 12b Motions and the Sanctions Motion, and grant such other and further relief as is just and equitable.

---

[1] The Sanctions Motion seeks dismissal of Plaintiff's claims as a remedy.

Respectfully submitted,

THE VETHAN LAW FIRM

    /s/ Joseph L. Lanza
Charles Vethan
cvethan@vethanlaw.com
Joseph L. Lanza
jlanza@vethanlaw.com
TBS 00784447
1300 McGowen
Houston, Texas 77004
Tel: (713) 526-2222; Fax: (713) 526-2230
**ATTORNEYS FOR PLAINTIFF**

LAW OFFICE
C. ZAN PRITCHARD, PLLC

    /s/ C. Zan Pritchard
C. Zan Pritchard
TSB No. 24028084
2002 Saddlehorn Trail
Katy, TX 77494
Tel.  832-304-2248; Fax 832-260-067
zpritchard@zanpritchardlaw.com

WILLIAM DILLS LAW
William "Billy" Dills
TSB No. 24067421
19747 US 59 North, Ste. 308
Humble, TX 77338
Tel. 713-244-5286; Fax 713-244-6095
wdills@williamdillslaw.com
**ATTORNEYS FOR BENCOR, LLC**

KOCHMAN & CHARBONNET, PC

/s/ John D. Charbonnet, Jr.
JOHN D. CHARBONNET, JR.
TBA NO. 00785758
12012 Wickchester Lane, Suite 525
Houston, Texas 77079
713-871-2490 – phone
jdcharbonnet@kdclaw.com – email
**ATTORNEY FOR CHRISTINE GIESE**

## **CERTIFICATE OF SERVICE**

    This is to certify that the above and foregoing pleading has been served by sending the above and foregoing Joint Motion to Abate Case Pending Rulings, on the 17th day of April, 2026 via CM/ECF.

C. Zan Pritchard